IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NICK MELVIN,                   )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:21cv475-MHT
                               )           (WO)
TROY UNIVERSITY, et al.,       )
                               )
     Defendants.               )
```

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants' motion to dismiss (Doc. 12) is granted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of June, 2022.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**